**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Teresa Lyn FLETCHER, Defendant–**
**Appellant.**

**No. 15–4699**

United States Court of Appeals,
Fourth Circuit.

Submitted: May 26, 2016

Decided: May 31, 2016

Teresa Lyn Fletcher, Appellant Pro Se. G. Norman Acker, III, Jennifer P. May–Parker, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before TRAXLER, Chief Judge, and NIEMEYER and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

·PER CURIAM:

Teresa Lyn Fletcher appeals the district court's order denying Fletcher's self-styled "Motion for Judicial Review of Forfeiture Order," which Fletcher filed pro se in her criminal case. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. See United States v. Fletcher, No. 5:14–cr–00120–H–1 (E.D.N.C. Oct. 29, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED.